914

No. 78–957. BACHE HALSEY STUART, INC., ET AL. *v.* COMMERCIAL IRON & METAL CO. C. A. 10th Cir. Certiorari denied.

No. 78–958. CITY OF FAIRFAX, VIRGINIA *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–962. PURVIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–965. FARRELL ET AL. *v.* CAREY, GOVERNOR OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 78–967. DIPIRO *v.* TAFT, MAYOR OF CRANSTON, ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–975. POSEY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 78–989. JONES *v.* CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–991. BEL MARIN ENTERPRISES, INC., ET AL. *v.* BEL MARIN KEYS COMMUNITY SERVICES DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–992. ANAHEIM OPERATING, INC., DBA SHERATON ANAHEIM HOTEL, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS UNION, LOCAL 681, AFL–CIO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–993. THOMPSON *v.* PEOPLE'S LIBERTY BANK & TRUST CO. ET AL. C. A. 6th Cir. Certiorari denied.